# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 09-910 JVS (ANx) | Date August 21, 2009 |
| Title Marques v. Mortgageit, Inc. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

On August 7, 2009, defendant Mortgageit, Inc. ("Mortgageit") removed this case from the Superior Court for the State of California, County of Orange on the basis of federal question jurisdiction. The Notice of Removal does not cite 28 U.S.C. § 1331, but in the style of the document states "(Federal Question)."

Although the Complaint makes reference in the style and in First Cause of Action to "TILA" (Complaint, Caption page, ¶ 23), in fact, the claim is asserted in one for violation of the Section 17200 of the California Business and Professions Code. The plaintiffs are entitled to control their own pleading, and the have chosen not to assert a federal claim for relief. Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987). The fact that the unlawful practice alleged in the First Cause of Action is a violation of TILA does not change the state nature of the statutory claim, and is insufficient to create federal question jurisdiction. Eastman v. Marine Mechanical Corp., 438 F.3d 544, 553 (6th Cir 2006); Jairath v. Dyer, 154 F.3d 1280, 1284 (11th Cir. 1998); see generally Grable & Sons Metal Products, Inc. v. Darue Engineering & Mfg., 545 U.S. 308, 313-14 (2005).

Mortgageit is ordered to show cause within 10 days why the action should not be remanded to state court for lack of jurisdiction.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kjt | |